311

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, NOVEMBER 23, 1955

**No. 59469.**—F. W. Woolworth Company et al. *v.* United States, protests 175053–K, etc. (Baltimore).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of novelty figures, composed wholly or in chief value of papier mâché, the same in all material respects as those the subject of Abstract 57108, the claim of the plaintiffs was sustained.

**No. 59470.**—F. W. Woolworth Co. *v.* United States, protest 243373–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of hot plate mats the same in all material respects as those the subject of Abstract 57261, the claim of the plaintiff was sustained.

**No. 59471.**—K. Ginsburg, Inc., et al. *v.* United States, protests 217914–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of opaque white glass stones of different sizes and shapes, faceted, similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiffs was sustained.

**No. 59472.**—Leonard Levin Co. *v.* United States, protests 227140–K, etc. (Providence).

Opinion by WILSON, J.   In accordance with oral stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified, *supra*, for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under said paragraph, as modified, *supra*, as imitation · semiprecious stones, not faceted.

**No. 59473.**—E. H. Ashley & Co., Inc. *v.* United States, protests 227146–K, etc. (Providence).

Opinion by WILSON, J.   In accordance with oral stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified by T. D. 51802 and T. D. 51898, for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under said paragraph, as modified, *supra*, as imitation semiprecious stones, not faceted.

**No. 59474.**—John F. Allen & Son, Inc. *v.* United States, protests 227159–K, etc. (Providence).

Opinion by WILSON, J.   In accordance with oral stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified, *supra*, for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under said paragraph, as modified, *supra*, as imitation semiprecious stones, not faceted.

**No. 59475.**—Brier Manufacturing Co. *v.* United States, protest 242750–K (Providence).